**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2208

FELICIA IVES,

Plaintiff - Appellant,

versus

OCWEN FEDERAL BANK, FSB, a/k/a Ocwen Financial
Services, Incorporated; DRAPER & GOLDBERG,
P.L.L.C.; NECTAR PROJECTS; FIRST VIRGINIA
FINANCIAL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-00-1085-A)

Submitted: February 22, 2001      Decided: February 27, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Felicia Ives, Appellant Pro Se.  L. Darren Goldberg, DRAPER & GOLD-
BERG, P.L.L.C., Leesburg, Virginia; Paul McCourt Curley, CANFIELD,
SHAPIRO, BAER & HELLER, L.L.P., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Felicia Ives appeals the district court's order dismissing this action for want of subject matter jurisdiction. The record reveals a lack of complete diversity among the parties because Ives and three of the Defendants are Virginia residents. Further, Ives' claims, which primarily relate to the handling of a mortgage, arise under state, rather than federal, law. Accordingly, there was no subject matter jurisdiction, and we affirm on the reasoning announced from the bench. See <u>Ives v. Ocwen Fed. Bank</u>, No. CA-00-1085-A (E.D. Va. filed Aug. 18, 2000, entered Aug. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2